# UNITED STATES DISTRICT COURT
для the

District of Rhode Island

| United States of America | ) |
|---|---|
| v. | ) |
| Luis Cortes, aka Danny Vasquez, aka Alberto Diaz, aka John Doe, YOB: 1971 | ) Case No. 1:20-MJ-63PAS |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  August 12, 2020  in the county of _____ in the
_____ District of  Rhode Island , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) and (b)(1)(B); | Possession with Intent to Distribute 100 grams or more of Heroin; |
| 18 U.S.C. § 924(c)(a)(A)(i) | Possession in Furtherance of a drug trafficking offense. |

This criminal complaint is based on these facts:

See the attached Affidavit of Task Force Officer ("TFO") Joseph Iannelli, of the Drug Enforcement Administration ("DEA").

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph Iannelli
Task Force Officer

TFO Joseph Iannelli - DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Sworn telephonically and signed electronically***(specify reliable electronic means)*

Date: August 13, 2020

*Judge's signature*

City and state: Barrington RI

Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*